# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

WELLS FARGO BANK, N.A.

*Plaintiff,*

v.

ELRJ LIMITED LIABILITY CO. and
LYNNE ECKERLE

*Defendants.*

Civil Action No.: 2:18-cv-6671

**ORDER**

**THIS MATTER** having been opened to the Court by Fox Rothschild LLP, attorneys for plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), pursuant to Fed. R. Civ. P. 55(b)(2) seeking entry of a Judgment by default against defendant ELRJ Limited Liability Co. that discharges Wells Fargo from any and all liability in connection with this Interpleader action or the funds related thereto pursuant to 28 U.S.C. §1335, and the Court having considered the submissions and arguments of the parties, and for good cause shown;

IT IS ON this ____20____ day of ____Sept____, 2018,

**ORDERED** that:

1.    Wells Fargo's Motion is hereby **GRANTED** in its entirety; and

2.    Judgment by default pursuant to Fed. R. Civ. P. 55(b)(2) is hereby **ENTERED** against defendant ELRJ Limited Liability Co.

3.    Defendant ELRJ Limited Liability Co. is hereby **RESTRAINED** from instituting any action against Wells Fargo (including its agents, affiliates, employees and/or servants) to recover the funds at issue in this Interpleader action; and

4.    **IT IS FURTHER ORDERED** that a copy of this Order shall be served upon defendant ELRJ Limited Liability Co., via First Class Mail and Certified Mail, within ____5____ days hereof.

_____
                                      U.S.D.J.

ACTIVE\61336826.v1-8/10/18